John A.V. Nicoletti
Nooshin Namazi
Kevin J.B. O'Malley
N<small>ICOLETTI</small> H<small>ORNIG</small> & S<small>WEENEY</small>
*Attorneys for Defendant*
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005
(212) 220-3830

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MCC NON FERROUS TRADING INC., | 14-CIV-8302 (PGG)(JF) |
| Plaintiff, | |
| - against - | **APPEARANCE OF COUNSEL** |
| AGCS MARINE INSURANCE COMPANY, | |
| Defendant. | |

To: The Clerk of Court and all parties of record

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant AGCS Marine Insurance Company.

Dated:  October 22, 2014

                              By:     /s Nooshin Namazi
                                      Nooshin Namazi
                                      N<small>ICOLETTI</small> H<small>ORNIG</small> & S<small>WEENEY</small>
                                      *Attorneys for Defendant*
                                      Wall Street Plaza
                                      88 Pine Street, Seventh Floor
                                      New York, New York 10005-1801
                                      (212) 220-3830
                                      nnamazi@nicolettihornig.com