John A.V. Nicoletti
Nooshin Namazi
Kevin J.B. O'Malley
NICOLETTI HORNIG & SWEENEY
*Attorneys for Defendant*
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005
(212) 220-3830

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MCC NON FERROUS TRADING INC., | 14-CIV-8302 (PGG)(JF) |
| Plaintiff, | |
| - against - | **APPEARANCE OF COUNSEL** |
| AGCS MARINE INSURANCE COMPANY, | |
| Defendant. | |

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant AGCS Marine Insurance Company.

Dated: October 22, 2014

By:     /s Kevin J.B. O'Malley
    Kevin J.B. O'Malley
    NICOLETTI HORNIG & SWEENEY
    *Attorneys for Defendant*
    Wall Street Plaza
    88 Pine Street, Seventh Floor
    New York, New York 10005-1801
    (212) 220-3830
    komalley@nicolettihornig.com