AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ☑

| | |
|---|---|
| MCC Non Ferrous Trading Inc. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| AGCS Marine Insurance Company | ) |
| _____ | ) |
| *Defendant* | ) |

**14 CV 8302**

**JUDGE GARDEPHE**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AGCS Marine Insurance Company
225 W. Washington Street
Suite 2000
Chicago, IL 60606-3484

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Joshua Gold & Dennis J. Nolan
> Anderson Kill, P.C.
> 1251 Avenue of the Americas
> 42nd Floor
> New York, NY 10020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RUBY J. KRAJICK**

*CLERK OF COURT*

Date: __OCT 1 6 2014__

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

MCC NON FERROUS TRADING INC.,                    :          14-CIV-8302 (PGG)(JF)
                                                 :
                                  Plaintiff,     :          **STIPULATION AND ORDER**
                                                 :
                - against -                      :
                                                 :
AGCS MARINE INSURANCE COMPANY,                   :
                                                 :
                                  Defendant.     :
                                                 :
-------------------------------------------------------------- x

     **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that

counsel for Defendant AGCS MARINE INSURANCE COMPANY has agreed to accept service

of Plaintiff's Summons and Complaint, and, in fact, has accepted service without waiving any

defenses except as to the sufficiency of service of process; and

     **IT IS FURTHER STIPULATED AND AGREED** that Defendant AGCS MARINE

INSURANCE COMPANY's time to answer, move or otherwise respond to the Complaint,

except as to any objections to improper service of the Summons and Complaint, is hereby

extended to and including December 9, 2014.  There have been no prior extensions or requests

therefor.

Dated: October 22, 2014

NICOLETTI HORNIG & SWEENEY

By: *John A. V. Nicoletti*
    John A. V. Nicoletti (JN7174)
    Nooshin Namazi (NN9449)
    Kevin J.B. O'Malley (KO8532)
88 Pine Street, 7th Floor
New York, NY 10005
(212) 220-3830
jnicoletti@nicolettihornig.com;
nnamazi@nicolettihornig.com
komalley@nicolettihornig.com
*Attorneys for Defendant*

ANDERSON KILL P.C.

By *Joshua Gold*
    Joshua Gold, Esq.
    Dennis J. Nolan, Esq.
1251 Avenue of the Americas
New York, NY 100200
(212) 278-1000
jgold@andersonkill.com;
dnolan@andersonkill.com
*Attorneys for Plaintiff*

SO ORDERED:

_____
U.S.D.J.