John A.V. Nicoletti
Nooshin Namazi
Kevin J.B. O'Malley
NICOLETTI HORNIG & SWEENEY
*Attorneys for Defendant*
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005-1801
(212) 220-3830

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MCC NON FERROUS TRADING INC.,

        Plaintiff,

vs.

AGCS MARINE INSURANCE COMPANY,

        Defendant.

14 Civ. 8302 (PGG)

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant AGCS Marine Insurance Company certifies that AGCS Marine Insurance Company is a nongovernmental corporation with its principal place of business in Chicago, Illinois.  Allianz Global Risks US Insurance Company is the parent corporation for AGCS Marine Insurance Company  and owns 100% of its stock.  Allianz of America, Inc. is the parent corporation for Allianz Global Risks US Insurance Company and owns 100% of  its stock. Allianz Europe B.V., a private limited liability company registered in the Netherlands, is the parent corporation of  Allianz of America, Inc. and owns 100% of its stock.  Allianz SE, a publicly traded company, is the parent corporation of Allianz Europe B.V. and owns 100% of its

stock. Thus, Allianz SE indirectly owns 10% percent or more of AGCS Marine Insurance Company Stock.

Dated: New York, New York
November 10, 2014

                              NICOLETTI HORNIG & SWEENEY
                              *Attorneys for Defendant*

                    By:      /s John A.V. Nicoletti
                              John A.V. Nicoletti
                              Wall Street Plaza
                              88 Pine Street, Seventh Floor
                              New York, New York 10005
                              (212) 220-3830
                              jnicoletti@nicolettihornig.com