UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

MCC NON FERROUS TRADING INC.,

      Plaintiff,

 - against -

AGCS MARINE INSURANCE COMPANY,

      Defendant.

------------------------------------------------------------ x

14-CIV-8302 (PGG)(JF)

**STIPULATION AND ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/14

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that counsel for Defendant AGCS MARINE INSURANCE COMPANY has agreed to accept service of Plaintiff's Summons and Complaint, and, in fact, has accepted service without waiving any defenses except as to the sufficiency of service of process; and

**IT IS FURTHER STIPULATED AND AGREED** that Defendant AGCS MARINE INSURANCE COMPANY's time to answer, move or otherwise respond to the Complaint, except as to any objections to improper service of the Summons and Complaint, is hereby extended to and including December 9, 2014. There have been no prior extensions or requests therefor.

Dated: October 22, 2014

NICOLETTI HORNIG & SWEENEY

By: _/s/ John A. V. Nicoletti_
 John A. V. Nicoletti (JN7174)
 Nooshin Namazi (NN9449)
 Kevin J.B. O'Malley (KO8532)
88 Pine Street, 7th Floor
New York, NY 10005
(212) 220-3830
jnicoletti@nicolettihornig.com;
nnamazi@nicolettihornig.com
komalley@nicolettihornig.com
*Attorneys for Defendant*

ANDERSON KILL P.C.

By _/s/ Joshua Gold_
 Joshua Gold, Esq.
 Dennis J. Nolan, Esq.
1251 Avenue of the Americas
New York, NY 100200
(212) 278-1000
jgold@andersonkill.com;
dnolan@andersonkill.com
*Attorneys for Plaintiff*

SO ORDERED:

_____Paul G. Gardephe_____
U.S.D.J.

Nov. 10, 2014