AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| MCC Non Ferrous Trading Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 14 Civ. 8302 (PGG) (JCF) |
| AGCS Marine Insurance Company | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MCC Non Ferrous Trading Inc.

Date: 11/20/2014

/s/ Bruce Strong
*Attorney's signature*

Bruce Strong
*Printed name and bar number*
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020

*Address*

bstrong@andersonkill.com
*E-mail address*

(212) 278-1000
*Telephone number*

(212) 278-1733
*FAX number*