# EXHIBIT C

Case 1:14-cv-08302-JCF   Document 20-3   Filed 01/26/15   Page 2 of 4



# FAXMESSAGE

# ▲Aurubis

\# 30635856
M1284- S

**Aurubis AG**
**Recycling**

Kupferstrasse 23
D-44532 Lünen
Telefon: 02306/108- 463
Telefax: 02306/108- 449

www.aurubis.com
recycling@aurubis.com

**An/To:** MCC Non-Ferrous Trading Inc.
White Plains

**Fax:** 001 9143682217

**Von/From:** R Stauch

**Seiten/Pages:** 1

**Datum/Date:** 22 October 2013

**Contract 30635856**

Dear Sirs,

herewith we confirm the amendment for the above-mentioned contract as follows:

**Quantity:** 300 mt clean copper wire scrap

**Payment:** in USD, 80 % of the approximate value of the material on presentation of your provisional invoice, prompt after arrival and verification of the material at the receiving works as well as after receipt of authorization that the material can be treated resp. sampled; the balance will be paid after determination of the details decisive for final settlement

All other terms remain unchanged.

Best regards

Aurubis AG
Recycling

ppa Kartenbeck    i. A. Stauch

Aufsichtsrat:
Prof. Dr.-Ing. Heinz Jörg Fuhrmann, Vorsitzender
Sitz der Gesellschaft: Hamburg
Amtsgericht Hamburg:
66 HR B 1775
USt/VAT-ID-Nr. DE 118514155

Vorstand:
Peter Willbrandt, Vorsitzender
Dr. Stefan Boel,
Erwin Faust,
Dr. Frank Schneider

Deutsche Bank AG, Hamburg
BLZ 200 700 00 Kto. 0508 705 00
IBAN: DE05 2007 0000 0050 8705 00
SWIFT / BIC DEUTDEHH

Commerzbank AG, Hamburg
BLZ 200 800 00 Kto. 9 363038 00
IBAN: DE81 2008 0000 0936 3038 00
SWIFT / BIC DRESDEFF200



Aurubis AG · Postfach 15 60 · D-44505 Lünen

MCC Non-Ferrous Trading Inc.
222 Bloomingdale Road
WHITE PLAINS, NY 10605
USA

Aurubis AG
Recycling
Kupferstraße 23
D-44532 Lünen
Telefon: +49 2306 108 - 0
Telefax: +49 2306 108 - 449

recycling@aurubis.com
www.aurubis.com

Contract No.:  30635856
Client No.:    152542

Lünen, 07.10.2013

Further to our negotiations we confirm having bought from you according to our "General Purchase Conditions" as well as our "Additional Contract Conditions" as printed overleaf, unless otherwise stipulated in the following:

**Quantity and material:**   200 mt clean copper wire scrap,
commercial quality, furnace chargeable, free from detrimental impurities, with 99 % Cu

Supplier guarantees that the material delivered is totally free from radioactive radiation. Also materials and scrap which are released according to § 29 (2) of radiation protection ordinance cannot be accepted.

Basel-Code B 1010
EWC No. 1912 03

The EWC classification (European Waste Code) must be noted on the shipping documents.

Seller guarantees that the deliveries / products / materials are in compliance with the requirements of the regulation EC No 1013/2006 of the European Parliament and of the Council on shipments of waste, especially Art. 41 ("Imports of waste for disposal"), and with the Basel Convention.

In case the deliveries / products / materials are imported under breach of the above mentioned EC-regulation and/or Basel Convention, Buyer has the right to refuse the Product at any time. Seller is obligated to take back the deliveries / products / materials at his own costs and to pay full compensation to Buyer such as but not limited to loss of profit, transportation costs, storage costs, handling fees and fines.

Further, Seller shall, upon first demand, indemnify Buyer and hold Buyer harmless from and against any and all liability or claims of third parties based on the breach of the above mentioned EC-regulation and/or Basel Convention.

Aufsichtsrat
Prof. Dr.-Ing. Heinz Jörg Fuhrmann, Vorsitzender
Sitz der Gesellschaft: Hamburg
Amtsgericht Hamburg
66 HR B 1175
USt-VAT-IDNr. DE 11851455

Vorstand
Peter Willbrandt, Vorsitzender
Dr. Stefan Boel
Erwin Faust
Dr. Frank Schneider

Deutsche Bank Hamburg
BLZ 200 700 00 · Kto 0503 705 00
IBAN: DE05 2007 0000 0050 2705 00
SWIFT/BIC DEUTDEHH

Commerzbank AG Hamburg
BLZ 200 800 00 Kto 9 363038 00
IBAN: DE31 2008 0000 0936 3038 00
SWIFT/BIC DRESDEFF200

Contract No. / Date:　　　　　　　　　　　　　　　　　Page: 2
30635856 / 07.10.2013

| | |
|---|---|
| **Price basis:** | lowest of the 4 official LME quotations for "Copper Grade A" per 1,000 kg |
| **Price fixation:** | During the period from date of Aurubis receipt of B/L documents by fax until latest one month after arrival of the material at our works you have the right to fix the price on the unknown midday market.<br><br>Your request for fixation must be advised to us by latest 10:30 a.m. English time on the respective quotational day.<br><br>Depending on the forward constellation of the LME we reserve the right to charge price fixed but not delivered material with the respective backwardation or unfixed but already delivered material with the respective contango rates. |
| **Treatment charge:** | USD    150.00 per mt material delivered |
| **Delivery:** | CIF Rotterdam, liner terms, according to INCO-Terms 2010, loose, in 20' FCL container |
| **Time of delivery:** | November - December 2013 arrival, ex Philippines |
| **Payment:** | in USD, 70 % of the approximate value of the material on presentation of your provisional invoice, prompt after arrival and verification of the material at the receiving works as well as after receipt of authorization that the material can be treated resp. sampled; the balance will be paid after determination of the details decisive for final settlement |

Aurubis AG

MCC NON FERROUS TRADING INC.
222 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605