# EXHIBIT E

Janice Johnson

----- Forwarded by FNOLMarine on 12/23/2013 12:17 PM -----

Abigail Ainsley <AAinsley@nhmurray.com>

12/20/2013 03:31 PM

To
cc
Subject

## Assured: Metallica Commodities
## Policy #: OC91257500
## DOL: 11/4/13

Dear Claims,

Please see attached as intitial notice of claim for the assured Metallica Commodities, Inc.

Their customer, Aurubis AG Lunen, purchased a shipment of Copper Wire Scrap. Once the shipment reached its final destination in Hamburg, Germany, the
barrels were opened to find that the goods were missing and replaced with bricks.

The assured has advised that the shipment was sold on CIF terms, therefore the shipper, their supplier, has been notified of the situation for their insurance carrier
to handle. Therefore this claim is being reported on a contigency basis.

Please see attached the following documents:

1) Insurance certificate

2) Invoice

3) Bill of Lading

4) Suppliers' invoice (first provisional, second provisional, and inspection charges)

We will keep you up to date on the happenings of the claim and if the status should change, we will advise.

We look forward to your acknowledgement of claim along with Allianz's corresponding reference number. Please note our reference number as 13/1778.

Thanks & Best Regards,

Abigail Ainsley| Claims Adjuster
Nausch, Hogan & Murray, Inc.
Insurance Brokers - Reinsurance Intermediaries
New York - Rotterdam - London - St. Thomas - Miami - Rio de Janeiro
180 Maiden Lane, 28th Fl | New York, NY 10038
Tel + 1.212.480.4200 | Fax + 1.212.480.2920
aainsley@nhmurray.com | www.nhmurray.com

This email, together with any attachments, is for the exclusive and confidential use of the addressee(s). Any other distribution, use or reproduction without the sender's prior consent is unauthorized and strictly prohibited. If you have received this message in error, please notify the sender by email immediately and delete the message from your computer without making any copies.

This email, together with any attachments, is for the exclusive and confidential use of the addressee(s). Any other distribution, use or reproduction without the sender's prior consent is unauthorized and strictly prohibited. If you have received this message in error, please notify the sender by email immediately and delete the message from your computer without making any copies.