UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MCC NON FERROUS TRADING INC.,

              Plaintiff,

vs.                                          14 Civ. 8302 (JCF)

AGCS MARINE INSURANCE COMPANY,

              Defendant.

## DEFENDANT'S NOTICE OF CROSS-MOTION
## FOR PARTIAL SUMMARY JUDGMENT
## ON THE INTERPRETATION OF CLAUSES 52 AND 53

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in support of this motion, the accompanying Local Civil Rule 56.1 Statement of Undisputed Facts and the pleadings herein, Defendant AGCS Marine Insurance Company will move this Court, before James C. Francis, United States Magistrate Judge, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting partial summary judgment on the interpretation of Clauses 52 and 53 of the subject policy of insurance and granting such other and further relief as the Court deems appropriate.

Dated: New York, New York
          March 11, 2015

                                        NICOLETTI HORNIG & SWEENEY
                                        *Attorneys for Defendant*

                            By:    /s/ John A.V. Nicoletti
                                           John A.V. Nicoletti
                                           Nooshin Namazi
                                           Kevin J.B. O'Malley
                                           Wall Street Plaza
                                           88 Pine Street, Seventh Floor
                                           New York, New York 10005
                                           (212) 220-3830
                                           jnicoletti@nicolettihornig.com