UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCC NON FERROUS TRADING INC., <br><br> Plaintiff, <br><br> - against - <br><br> AGCS MARINE INSURANCE COMPANY, <br><br> Defendant. | Civil No. 14-CV-8302 (JCF) |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MCC Non Ferrous Trading Inc. and Defendant AGCS Marine Insurance Company, by their undersigned counsel, that pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) the above-captioned action is voluntarily dismissed with prejudice without costs.

Dated: October 9, 2015

NICOLETTI HORNIG & SWEENEY

By: *[signature: Kevin B. O'Malley]*
John A. V. Nicoletti
Nooshin Namazi
Kevin J.B. O'Malley
88 Pine Street, 7th Floor
New York, NY 10005
(212) 220-3830
jnicoletti@nicolettihornig.com;
nnamazi@nicolettihornig.com
komalley@nicolettihornig.com
*Attorneys for Defendant*

ANDERSON KILL P.C.

By: *[signature]*
Joshua Gold, Esq.
Dennis J. Nolan, Esq.
1251 Avenue of the Americas
New York, NY 100200
(212) 278-1000
jgold@andersonkill.com;
dnolan@andersonkill.com
*Attorneys for Plaintiff*