UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/15
```

MCC NON FERROUS TRADING INC.,

            Plaintiff,

Civil No. 14-CV-8302 (JCF)

- against -

AGCS MARINE INSURANCE COMPANY,

            Defendant.

## STIPULATION *+ ORDER* OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MCC Non Ferrous Trading Inc. and Defendant AGCS Marine Insurance Company, by their undersigned counsel, that pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) the above-captioned action is voluntarily dismissed with prejudice without costs.

Dated: October 9, 2015

| NICOLETTI HORNIG & SWEENEY | ANDERSON KILL, P.C. |
|---|---|
| By: *[signature]* Kevin J.B. O'Malley | By: *[signature]* |
| John A.V. Nicoletti | Joshua Gold, Esq. |
| Nooshin Namazi | Dennis J. Nolan, Esq. |
| Kevin J.B. O'Malley | 1251 Avenue of the Americas |
| 88 Pine Street, 7th Floor | New York, NY 100200 |
| New York, NY 10005 | (212) 278-1000 |
| (212) 220-3830 | jgold@andersonkill.com; |
| jnicoletti@nicolettihornig.com; | dnolan@andersonkill.com |
| nnamazi@nicolettihornig.com | *Attorneys for Plaintiff* |
| komalley@nicolettihornig.com | |
| *Attorneys for Defendant* | |

SO ORDERED. 10/13/15

*[signature]* James C. Francis IV
USMJ

nydocs1-1056562.1